IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR - 6 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:12CR00213 KGB |
| ) | |
| JASON D. PHILLIPS; CANON DIANE ) | |
| HALL; TERRY JOE DOSHIER; ) | |
| JIMMY J. WHEELER; and, ROBIN ) | |
| NELSON-FLANAGAN ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States requests that the above-styled indictment be sealed until the defendants are in custody or have been released pending trial. This request is made in consideration of the safety of the agents involved in the execution of the arrest warrant in this case.

CHRISTOPHER R. THYER
United States Attorney

By _____
JOHN RAY WHITE (91003)
Assistant U.S. Attorney
Chief, Criminal Division
P.O. Box 1229
Little Rock, AR  72203
(501) 340-2600
Jana.Harris@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

_____
United States Magistrate Judge

3/6/13
Date