FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR -6 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  4:12CR00213  KGB |
| vs. ) | |
| ) | 21 U.S.C. §§ 841(a)(1), |
| JASON D. PHILLIPS; CANON DIANE ) | 841(b)(1)(A) |
| HALL; TERRY JOE DOSHIER; ) | 21 U.S.C. § 846 |
| JIMMY J. WHEELER; and, ROBIN ) | 18 U.S.C. §§ 922(g)(1), 924(c) |
| NELSON-FLANAGAN ) | 18 U.S.C. § 1001 |
| ) | 18 U.S.C. § 3013(a)(2) |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendants,

**JASON D. PHILLIPS; CANON DIANE HALL; TERRY JOE DOSHIER; JIMMY J. WHEELER; and, ROBIN NELSON-FLANAGAN**

knowingly and intentionally conspired and agreed with each other, and with persons known and unknown to the Grand Jury, to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

**TERRY JOE DOSHIER**

knowingly and intentionally distributed more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

In or about March 2012, through in or about October 2012, in the Eastern District of Arkansas, the defendant,

**TERRY JOE DOSHIER**

knowingly and during and in relation to a drug trafficking crime, used and carried a firearm, a Companhia Brasiliera de Cartuchos (CBC) 12 gauge shotgun bearing serial number C996920, in violation of Title 18, United States Code, Sections 924(c).

## COUNT 4

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

**JIMMY J. WHEELER**

knowingly and intentionally distributed more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

**ROBIN NELSON-FLANAGAN**

knowingly and intentionally possessed with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 6

In or about January 2012, through in or about December 2012, in the Eastern District of Arkansas, the defendant,

**JASON D. PHILLIPS**

knowingly and intentionally distributed to more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 7

A. That prior to May 22, 2012, in the Eastern District of Arkansas, the defendant,

**JASON D. PHILLIPS**

had previously been convicted as follows:

1. In Faulkner County Circuit Court, of Aggravated Assault and Fleeing.

B. That each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C. That on or about May 22, 2012, in the Eastern District of Arkansas,

**JASON D. PHILLIPS**

did knowingly possess a firearm in or affecting commerce, to wit, a Hi-Point 9mm caliber pistol, thereby violating Title 18, United States Code, Sections 922(g)(1).

## COUNT 8

A. That prior to May 22, 2012, in the Eastern District of Arkansas, the defendant,

**JASON D. PHILLIPS**

had previously been convicted as follows:

1. In Faulkner County Circuit Court, of Aggravated Assault and Fleeing.

B. That each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C. That on or about May 22, 2012, in the Eastern District of Arkansas,

**JASON D. PHILLIPS**

did knowingly possess ammunition in or affecting commerce, to wit, Federal brand 9mm caliber ammunition, thereby violating Title 18, United States Code, Sections 922(g)(1).

## COUNT 9

On or about May 22, 2012, in the Eastern District of Arkansas, the defendant,

**JASON D. PHILLIPS**

knowingly and during and in relation to a drug trafficking crime, used and carried, that is, discharged, a firearm, in violation of Title 18, United States Code, Sections 924(c).

## COUNT 10

That on or about the 22d day of June, 2012, in the Eastern District of Arkansas, the defendant,

4

## CANON DIANE HALL

did willfully and knowingly make and cause to be made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States by denying to a Special Agent of the Federal Bureau of Investigations that she was present at 21 Nanny Goat Lane, Vilonia, Arkansas on May 22, 2012, when JASON D. PHILLIPS discharged a firearm. The statements and representations were false because, as **CANON DIANE HALL** then and there knew, she accompanied JASON D. PHILLIPS and another unnamed individual to that address on that date when, and in furtherance of JASON D. PHILLIPS' efforts to collect a drug debt, JASON D. PHILLIPS discharged a firearm into a vehicle belonging to a resident living at the address, all in violation of Title 18, United States Code, Section 1001.

[End of Text.   Signature page attached.]