(Post. 3/26/13)

# United States District Court
*for the Eastern District of Arkansas*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.    Case No. 4:12CR00213-003 KGB | |
| Terry Joe Doshier | DEFENDANT |

## NOTICE OF APPEAL

Notice is hereby given that <u>Terry Joe Doshier</u> appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑Judgment & Commitment ☐Order _____
(Specify)

entered in this action on <u>February 12, 2014</u>.

_____          Robert W. Francis
Signature of Defendant's Counsel    Typed Name of Defendant's Counsel

One Information Way, Suite 105      501-907-7790
Street Address     Room Number      Telephone Number

Little Rock, Arkansas 72202         February 26, 2014
City        State        Zip        Date

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Appeal has been provided to the following on this ___26th___ day of ___February___, 20_14_ .

John Ray White
Assistant United States Attorney

_____
Signature of Defendant's Counsel