UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 18 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Terry Doshier, Movant,         )     Case# 412-CR-213-KGB-3

v                              )

United States of America, Respondent.  )  Request for Reconsideration
                               )     for additional Sentence Reduction
                               )     pursuant to 18USC3582(c)(2)
                               )     and Retroactive Guideline
                               )     Amendment 782.

COMES NOW, Movant Terry Doshier as pro-se, to move this Honorable Court for additional Sentence Reduction pursuant to Title 18USC3582(c)(2) in regard to the Retroactive Guideline Amendment 782, which took affect on November 1st, 2014.

In light of a Prior ORDER Dated February 12th 2014, the Court Granted a reduction from 235 months to 188 months. 47 months was reduced by the courts.

The Movant, states the following to the courts;
Movants attorney ROB FRANCIS told him, "IF" he would drop his appeal, the Prosecutor JOHN RAY WHITE would not object to his two point reduction (18USC3582 and 782). Movant did dismiss the appeal. With the understanding that he would drop two points and be sentenced from the lower end of that level. The movant was in fact sentenced in the middle of that range, not the lower. This caused the movant to lose approx 20 more months off his sentence.
Movant was told he would go to the bottom of his sentence sentence range. Instead of going to 14 years, as I was told, I went to 15 years and 9 months.

## CONCLUSION

Movant asks the Courts to re-visit his prior Motion 18USC3582 and 782, and reconsider sentencing him to the bottom of that range which is approx 20 **more** months off, and Grant that request. Esp; under the reasons stated above. Movant did dismiss appeal, and was told he would get 14 years, and Movant did what he agreed to do. The Attorney and Prosecutor both failed to stand by what was agreed on. If the Movant would of known then, what he knows now, he would never dropped that appeal, unless all parties did what was agreed on. I ask the Court to Grant my request, and/or set this for hearing, as I can be there by **PHONE**, to argue my case.

Sincerely, Terry Doshier  BOP#27524-009       Dated 10/9 2018.