IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| v. | **4:12-cr-00213-03-KGB** | |
| **TERRY DOSHIER** | | **DEFENDANT** |

### ORDER

Pending is defendant Terry Doshier's motion for adjustment of sentence is (Dkt. No. 423). Applying retroactive guideline Amendment 821 reduces Terry Doshier's criminal history score from 16 to 15. However, Mr. Doshier's criminal history category remains VI. Therefore, Mr. Doshier's guideline range has not changed.[1] The motion is denied. The Court denies as moot the government's motion to dismiss defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) pursuant to the parties' plea agreement (Dkt. No. 426).

It is so ordered this 21st day of December, 2023.

Kristine G. Baker
Chief United States District Judge

---

[1] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").